UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
+------------------------------------+
| USDS SDNY                          |
| DOCUMENT                           |
| ELECTRONICALLY FILED               |
| DOC #: _____                     |
| DATE FILED: 3/10/08                |
+------------------------------------+
```

---------------------------------------------------------------X
Kareem Hamilton 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                        :

        Plaintiff,        :

      -against-               :

                             :

Warden B. Riodian, et al.                          :

        Defendant.       :
---------------------------------------------------------------X

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

07 Civ. 7163 (PKC)(KNF)

The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

| | | |
|---|---|---|
| X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |

_____

_____

Purpose:_____

    If referral is for discovery disputes  when
the District Judge is unavailable, the time
period of the referral:_____

___ Habeas Corpus

___ Social Security

___ Settlement*

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

___ Inquest After Default/Damages Hearing

    Particular Motion:_____

_____

    All such motions: ____

Do not check if already referred for general pretrial.

**SO ORDERED**.

_____
P. Kevin Castel
United States District Judge

DATED: New York, New York
        March 10, 2008