

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08



RECEIVED
APR 23 2008
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

CARYN ROSENCRANTZ
Phone: (212) 788-1276
Fax: (212) 788-9776
crosencr@law.nyc.gov

April 23, 2008

**BY FACSIMILE**
Magistrate Judge Kevin Nathaniel Fox
United States Magistrate Judge
Southern District of New York
500 Pearl St., Room 540
New York, New York 10007
Fax: 212-805-6712

      Re:   <u>Kareem Hamilton v. Warden Brian Riordan, et al.</u>, 07 CV 7163 (PKC) (KNF)[1]

Your Honor:

      As the Assistant Corporation Counsel assigned to the defense of the above-referenced civil rights action, I write to respectfully request that defendant Captain Flores' time to answer or otherwise respond to the amended complaint in this action be enlarged thirty (30) days to and including May 23, 2008. *Pro se* plaintiff, Kareem Hamilton, is currently incarcerated and therefore, I am unable to reach him in order to obtain his consent. However, I have no reason to believe that he would object to this second request for an enlargement of time.

      In response to this office's letter dated March 19, 2008 this Court granted defendants Warden Cripps, Warden Riordan and Captain Flores an enlargement of time to and including April 23, 2008 in which to answer or otherwise respond to the amended complaint.[2]

---

[1] This case has been assigned to Assistant Corporation Counsel Katherine E. Smith, who is presently awaiting admission to the bar and is handling this matter under supervision. Ms. Smith may be reached directly at (212) 513-0462.

[2] This office's letter dated March 19, 2008 with the Court's memo endorsement is annexed hereto for the Court's convenience.

As such, defendants' response is due today. This office will timely file an Answer for Warden Cripps and Warden Riordan, however, we respectfully request that Captain Flores' time be enlarged an additional thirty (30) days to and including May 23, 2008. The reason for this request is that despite our best efforts we have been unable to meet with Captain Flores to conduct our mandatory investigation pursuant to GML § 50-K to ascertain whether service was proper and whether we may represent this individual in this action.

Accordingly, this office respectfully requests that defendant Captain Flores' time to answer or otherwise respond to the amended complaint in this action be enlarged thirty (30) days to and including May 23, 2008.

I thank Your Honor for considering the within request.

> 4/24/08
> Application denied.
> On or before May 12, 2008, Captain Flores shall answer or move with respect to the complaint. SO ORDERED:
> /Kevin Nathaniel Fox/
> KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully submitted,

Caryn Rosencrantz (CR 3477)
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Kareem Hamilton (#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)
*Pro Se* Plaintiff
AMKC, C95
18-18 Hazen Street
East Elmhurst, New York 11370
(By First Class Mail)

2