UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/23/08
```

KAREEM HAMILTON,                               :

            Plaintiff,                  :

        -against-                          :

WARDEN BRIAN RIORDAN, ET AL.,                  :

           Defendants.               :
-------------------------------------------------------------------X

ORDER
07 Civ. 7163 (PKC)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that: (1) the Superintendent or other official in charge of the Cape

Vincent Correctional Facility shall provide inmate Kareem Hamilton, DIN No. 07-R-3267, a private room,

with telephone service, so that he may participate in a telephonic pretrial conference call with the Court and

counsel to the defendants at 5:30 p.m., on June 2, 2008; (2) plaintiff Kareem Hamilton shall appear in a

private room, designated by the Superintendent or other official in charge of the Cape Vincent Correctional

Facility, to participate in said telephonic conference; and (3) Assistant Corporation Counsel, Caryn

Rosenkrantz, is directed to serve a copy of this Order on the Warden or other official in charge of the Cape

Vincent Correctional Facility, expeditiously.

Dated: New York, New York
      May 21, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:
Kareem Hamilton
Caryn Rosenkrantz, Esq.