UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KAREEM HAMILTON,                                :

          Plaintiff,                  :

    -against-                              :       ORDER GOVERNING
                                                           INITIAL CONFERENCE AND
WARDEN BRIAN RIORDAN, ET AL.,   :       REQUIRED DISCLOSURES

          Defendants.                 :       07 Civ. 7163 (PKC)(KNF)

------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The initial pretrial conference scheduled previously for June 2, 2008, at 5:30 p.m., is canceled. It shall be held on June 16, 2008, at 2:00 p.m., before Kevin Nathaniel Fox, United States Magistrate Judge, in courtroom 20A, 500 Pearl Street, New York, New York.

Dated: New York, New York
        May 28, 2008

SO ORDERED:

/s/ Kevin Nathaniel Fox
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:
Kareem Hamilton
Caryn Rosenkrantz, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/29/08