UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KAREEM HAMILTON,                                :

        Plaintiff,                              :

    -against-                                          :
                                                                                    ORDER
WARDEN BRIAN RIORDAN, ET AL.,       :           07 Civ. 7163 (PKC)(KNF)

        Defendants.                           :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/29/08

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    The initial pretrial conference scheduled previously for June 2, 2008, at 5:30 p.m., is canceled. IT IS HEREBY ORDERED that: (1) the Superintendent or other official in charge of the Cape Vincent Correctional Facility shall provide inmate Kareem Hamilton, DIN No. 07-R-3267, a private room, with telephone service, so that he may participate in a telephonic pretrial conference call with the Court and counsel to the defendants at 2:00 p.m., on June 16, 2008; (2) plaintiff Kareem Hamilton shall appear in a private room, designated by the Superintendent or other official in charge of the Cape Vincent Correctional Facility, to participate in said telephonic conference; and (3) Assistant Corporation Counsel, Caryn Rosenkrantz, is directed to serve a copy of this Order on the Warden or other official in charge of the Cape Vincent Correctional Facility, expeditiously.

Dated: New York, New York
       May 28, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:
Kareem Hamilton
Caryn Rosenkrantz, Esq.