UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KAREEM HAMILTON,                              :

          Plaintiff,                      :         ORDER

      -against-                             :         07 Civ. 7163 (PKC)(KNF)

WARDEN BRIAN RIORDAN, ET AL.,                 :

          Defendants.                     :
------------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that: (1) the Superintendent or other official in charge of the Gouverneur Correctional Facility shall provide inmate Kareem Hamilton, DIN No. 07-R-3267, a private room, with telephone service, so that he may participate in a telephonic status conference call with the Court and counsel to the defendants at 10:30 a.m., on November 17, 2008; (2) plaintiff Kareem Hamilton shall appear in a private room, designated by the Superintendent or other official in charge of the Gouverneur Correctional Facility, to participate in said telephonic conference; and (3) Assistant Corporation Counsel, Douglas Heim, is directed to serve a copy of this Order on the Warden or other official in charge of the Gouverneur Correctional Facility, expeditiously.

Dated: New York, New York
       June 16, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:

Kareem Hamilton
Douglas Heim, Esq.