UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KAREEM HAMILTON,                                :

       Plaintiff,                                      :          ORDER

       -against-                                      :          07 Civ. 7163 (PKC)(KNF)

WARDEN BRIAN RIORDAN, ET AL.,          :

       Defendants.                                  :
------------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     A pretrial conference was just held with counsel to the defendants and plaintiff pro se on June 16, 2008. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1.    all discovery, of whatever nature, shall be initiated so as to be completed on or before December 11, 2008;

2.    the parties shall exchange expert witness reports on or before October 30, 2008;

3.    a telephonic status conference will be held with the parties on November 17, 2008, at 10:30 a.m. Counsel to the defendants shall initiate the conference on that date;

4.    a settlement conference shall be held with the parties on December 8, 2008, at 10:30 a.m. The procedures under which the settlement conference will be conducted are being provided to the parties with a copy of this order; and

5.    the parties' joint pretrial order shall be submitted to the Court on or before January 30, 2009. That document must conform with the requirements for such

-2-

an order as are found in the Individual Rules of Practice of the assigned district judge; and

6. a final pretrial conference will be held with the parties on January 13, 2009, at 10:30 a.m.

Dated: New York, New York  
June 16, 2008

SO ORDERED:

*[signature]*  
KEVIN NATHANIEL FOX  
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:

Kareem Hamilton  
Caryn Rosenkrantz, Esq.