# MEMO ENDORSED

Naseem Hamilton  07R3267
Cape Vincent Correctional Fac.
Route 12E P.O. box 739
Cape Vincent  New York 13618

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08
```



7/3/08
The instant application, for the court to appoint counsel to represent the plaintiff, is denied, without prejudice to its renewal, because, inter alia, the plaintiff has failed to demonstrate that he has made any effort to secure counsel to represent him. See *Abukar v. Commissioner of Social Security*, No. 07CV1770, 2007WL 2729858, at *2 (C.C.D. Cal. Sept. 19, 2007).
In addition the plaintiff is advised that all submissions to the court must be sent to the Pro Se Office and not to chambers. Any submission must contain an affidavit indicating service was made on the defendants.
Kevin Nathaniel Fox, U.S.M.J.
SO ORDERED.

To: United States Magistrate Judge
Kevin Nathaniel Fox
United States District Court
Southern District of New York
40 Foley Square New York New York
10007

RE: letter of May 23, 2008

07 CV 7163 (PKC) (KnF)

Dear Sir

In response to your information regarding the pretrial conference. I Naseem Hamilton have been informed by the superintendent of Cape Vincent Corr. Fac. that my pretrial conference will no longer be held on June 2, 2008 at 5:30 pm In addition a new date has been scheduled, for June 16, 2008? Also I will like to inform the courts that I am temporary in the box and it is very difficult for me to get specific information, and documents, regarding my case. I also recognize that by me being in the box temporary that it may jeopardize my case, that I'm representing myself Pro Se so I believe that its very beneficial that I'm inquiring from you and the courts legal representation. I will also like to apologize to the courts but I feel that this matter is very important that I take the right procedures.

Naseem Hamilton